MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

RACHEL L. ROTHBERG
Trial Attorney, Department of Justice
Child Exploitation and Obscenity Section
1301 New York Ave NW, 11th Fl
Washington, DC 20530
Email: Rachel.Rothberg@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>SETH HERRERA,<br><br>               Defendant. | No. 3:26-cr-00050-SLG-KFR |

**UNOPPOSED MOTION TO SET ARRAIGNMENT IN CONJUNCTION WITH CHANGE OF PLEA HEARING**

COMES NOW the United States of America and respectfully requests that this Court set an arraignment in the above-captioned case in conjunction with the change of plea hearing already scheduled in *United States v. Seth Herrera*, 3:24-cr-91-SLG-KFR. The proposed change of plea hearing is set for June 24, 2026 at 11:00am in Anchorage Courtroom 6. *See United States v. Herrera*, 3:24-cr-91-SLG-KFR, ECF No. 109.

As previously noticed to the Court, after his indictment in this District, the defendant was charged in the Western District of Texas in a two-count indictment. *See* 3:24-cr-91-SLG-KFR, ECF No. 49 (Notice Regarding Parallel Proceedings). That indictment charged the defendant with attempted sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a),(e) (Count 1); and receipt of visual depictions involving the sexual exploitation of a minor, in violation of 18 U.S.C. § 2252(a)(2), (b)(1) (Count 2). *See United States v. Seth Herrera*, EP-3:25-CR-01046-KC.

Now, as part of the plea agreement, the District of Alaska and the Western District of Texas have executed a transfer notice pursuant to Fed. R. Crim. P. 20. Accordingly, the Western District of Texas case has been transferred and re-docketed in the District of Alaska under Case No. 3:26-cr-00050-SLG-KFR. The defendant is anticipated to plead guilty to one count in the Western District of Texas indictment (No. 3:26-cr-00050-SLG-KFR, formerly EP-3:25-CR-01046-KC) and one count in the District of Alaska indictment (3:24-cr-91-SLG-KFR). The government respectfully requests that, immediately prior to the change of plea hearing, this Court arraign the defendant on the case that has been transferred into this district.

Undersigned counsel has conferred with defense counsel, Benjamin Muse, who does not oppose.

RESPECTFULLY SUBMITTED June 16, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


s/ *Rachel L. Rothberg*
RACHEL L. ROTHBERG
Trial Attorney
MAC CAILLE PETURSSON
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record. I further certify that a copy of this motion was sent directly to Benjamin Muse via e-mail.

s/ *Rachel L. Rothberg*